UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DARNELL UPSHAW,                         :

    Petitioner                         :        CIVIL ACTION NO. 3:22-1415

v.                                      :              (JUDGE MANNION)

                                        :

WARDEN J. SAGE,                         :

    Respondent                         :

                                        :

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: September 28, 2022
22-1415-01